Certificate Number: 15317-PAW-DE-035644463

Bankruptcy Case Number: 21-20459



15317-PAW-DE-035644463

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 6, 2021</u>, at <u>6:26</u> o'clock <u>AM PDT</u>, <u>Robert D Cassin III</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>May 6, 2021</u>

By:  <u>/s/Lea Sorino</u>

Name:  <u>Lea Sorino</u>

Title:  <u>Counselor</u>