**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Robert D. Cassin III** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–9821** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **21–20459–JAD** | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert D. Cassin III

<u>7/13/21</u>                                **By the court:**  <u>Jeffery A. Deller</u>
                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert D. Cassin, III  
      Debtor

Case No. 21-20459-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: nsha     Page 1 of 3  
Date Rcvd: Jul 13, 2021     Form ID: 318     Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Robert D. Cassin, III, 3237 Jacks Run Rd., McKeesport, PA 15131-2511 |
| 15346158 | + | ACBA Federal Credit Union, PO Box 10688, Pittsburgh, PA 15235-0688 |
| 15346159 | | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 15346161 | | Capital One, N.A., PO Box 71087, Charlotte, NC 28272-1087 |
| 15346162 | | Citibank (South Dakota), N.A., PO Box 6191, Sioux Falls, SD 57117-6191 |
| 15346166 | | Department of Veteran Affairs, PO Box 3978, Portland, OR 97208-3978 |
| 15346168 | + | Discover, PO Box 30923, Salt Lake City, UT 84130-0923 |
| 15346169 | | Home Depot Credit Services, PO Box 70600, Philadelphia, PA 19176-0600 |
| 15346170 | + | Home Depot Credit Services, PO Box 790393, St Louis, MO 63179-0393 |
| 15346174 | + | Monarch Recovery Management, Inc., PO Box 986, Bensalem, PA 19020-0986 |
| 15346173 | + | Monarch Recovery Management, Inc., 3260 Tillman Drive, Suite 75, Bensalem, PA 19020-2059 |
| 15346175 | | PennyMac Loan Services, LLC, PO Box 660929, Dallas, TX 75266-0929 |
| 15346176 | | PennyMac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 15346177 | | Pittsburgh Healthcare System VAMC 646, University Drive C, Pittsburgh, PA 15240 |
| 15346178 | + | The Home Depot, PO Box 790208, Saint Louis, MO 63179-2000 |
| 15346183 | | Weltman, Weinberg & Reis Co., L.P.A., 436 Seventh Ave, Suite 2500, Pittsburgh, PA 15219-1842 |
| 15346184 | + | White Oak Borough, 2280 Lincoln Way, White Oak, PA 15131-2489 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 14 2021 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2021 23:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 14 2021 03:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2021 23:14:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jul 13 2021 23:14:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15346157 | + | Email/Text: acbafcu@onecommail.com | Jul 13 2021 23:14:00 | ACBA Federal Credit Union, 307 4th Avenue, Room 801, Pittsburgh, PA 15222-2113 |
| 15346160 | | EDI: CAPITALONE.COM | Jul 14 2021 03:13:00 | Capital One Services, LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |

Case 21-20459-JAD  Doc 17  Filed 07/15/21  Entered 07/16/21 00:31:30  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0315-2 | User: nsha | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 13, 2021 | Form ID: 318 | Total Noticed: 32 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15346164 | | EDI: CITICORP.COM | Jul 14 2021 03:13:00 | Citibank, N.A., PO Box 790131, Saint Louis, MO 63179-0131 |
| 15346163 | + | EDI: CITICORP.COM | Jul 14 2021 03:13:00 | Citibank, N.A., PO Box 6286, Sioux Falls, SD 57117-6286 |
| 15346165 | + | Email/Text: mediamanagers@clientservices.com | Jul 13 2021 23:14:00 | Client Services, Inc., 3451 Harry S Truman Blvd., St. Charles, MO 63301-9816 |
| 15346167 | | EDI: DISCOVER.COM | Jul 14 2021 03:13:00 | Discover, PO Box 6103, Carol Stream, IL 60197-6103 |
| 15346171 | | EDI: CITICORP.COM | Jul 14 2021 03:13:00 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15346172 | | EDI: CITICORP.COM | Jul 14 2021 03:13:00 | Home Depot Credit Services, PO Box 7032, Sioux Falls, SD 57117-7032 |
| 15346179 | | EDI: WFFC.COM | Jul 14 2021 03:13:00 | Wells Fargo Auto, PO Box 17900, Denver, CO 80217-0900 |
| 15346182 | | Email/Text: BKRMailOps@weltman.com | Jul 13 2021 23:14:00 | Weltman, Weinberg & Reis Co., L.P.A., Po Box 5430, Cleveland, OH 44101-0430 |
| 15346181 | | Email/Text: BKRMailOps@weltman.com | Jul 13 2021 23:14:00 | Weltman, Weinberg & Reis Co., L.P.A., PO Box 93784, Cleveland, OH 44101-5784 |
| 15346180 | + | Email/Text: BKRMailOps@weltman.com | Jul 13 2021 23:14:00 | Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Cleveland, OH 44131-1829 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 15, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| David J. Romito | on behalf of Debtor Robert D. Cassin III romitoesq@verizon.net, romitoesq@comcast.net |
| Jeffrey J. Sikirica | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 3 of 3 |
| Date Rcvd: Jul 13, 2021 | Form ID: 318 | Total Noticed: 32 |

trusteesikirica@zoominternet.net  PA59@ecfcbis.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 5